IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOYCE MURRELL,

    Plaintiff,

  vs.                                      CIV S-09-234 MCE KJM PS

WALTER THEILER, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees.  Plaintiff indicates she receives workers' compensation and/or disability benefits but does not state the amount.

        Plaintiff will be provided the opportunity to submit another affidavit in support of a request to proceed in forma pauperisor or the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within twenty days from the date of this order, either a completed application and affidavit in support of the request to proceed in forma pauperis, on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

1

1        2. The Clerk of the Court is directed to send plaintiff a new Application to
Proceed In Forma Pauperis used in pro se cases.

DATED: February 11, 2009.

_____
U.S. MAGISTRATE JUDGE

006
murrell.inc

2