UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOYCE MURRELL,

       Plaintiff,

    v.

WALTER THEILER, et al.,

       Defendants.

No. 2:09-cv-00234-MCE-KJM-PS

ORDER

----oo0oo----

Plaintiff, proceeding pro se, has filed in this Court a Motion styled "Ex Parte Application for Emergency Relief."  By way of her most current filing, Plaintiff seeks a hearing and reconsideration of the Court's previous decision denying her prior requests for emergency relief.  Nevertheless, though Plaintiff disagrees with the Court's decision, her instant Application provides nothing new capable of convincing the Court its decision should be revisited.  Accordingly, Plaintiff's Application (Docket No. 14) is DENIED.

IT IS SO ORDERED.

Dated: April 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1