IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOYCE MURRELL,

    Plaintiff,

  vs.                              CIV S-09-234 MCE KJM PS

WALTER THEILER, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se.[1] The federal venue statute requires that a civil action, other than one based on diversity jurisdiction,[2] be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

/////

---

[1] Plaintiff has filed an amended application to proceed in forma pauperis. Inasmuch as this case will be transferred to another district, this court will not rule on the amended application.

[2] Although plaintiff alleges diversity jurisdiction, two of the named defendants, Michael and Mary Lou Mankowski, are residents of California. Since plaintiff alleges she is also a resident of California, diversity jurisdiction cannot lie.

1

1 judicial district in which any defendant may be found, if there is no district in which the action
2 may otherwise be brought." 28 U.S.C. § 1391(b).
3       Although the complaint is not a model of clarity, it appears that a substantial part
4 of the events giving rise to the instant action occurred in Santa Barbara, California.  Therefore,
5 plaintiff's claim should have been filed in the United States District Court for the Central District
6 of California.  In the interest of justice, a federal court may transfer a complaint filed in the
7 wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d
8 918, 932 (D.C. Cir. 1974).
9       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
10 United States District Court for the Central District of California.
11 DATED: April 30, 2009.

                                              U.S. MAGISTRATE JUDGE

006
murrell.tra